UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Eutimio Braulio-Rodriguez,<br><br>　　　　　　　Defendant. | Case No.: 17cr00835-JLS<br><br>Hon. Janis L. Sammartino<br>Date: September 8, 2017<br>Time: 1:30 p.m.<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

JOINT MOTION HAVING BEEN ENTERED by the parties,

IT IS HEREBY ORDERED, that defendant's Motion Hearing/Trial Setting date of September 8, 2017 at 1:30 p.m. be continued to October 6, 2017 at 1:30 p.m. before Hon. Janis L. Sammartino.

**SO ORDERED.**

Dated: September 6, 2017

　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　United States District Judge